DUANE K. BANKS *v.* COMMISSIONER
OF CORRECTION
(AC 30704)

Bishop, Bear and Peters, Js.

*Argued September 13—officially released October 12, 2010*

Per Curiam. The appeal is dismissed.

WILLIAM SCOTT DALTON *v.* COMMISSIONER
OF CORRECTION
(AC 30170)

Bishop, Lavine and Dupont, Js.

*Argued September 14—officially released October 12, 2010*

Per Curiam. The appeal is dismissed.

RICARDO EVANS *v.* COMMISSIONER
OF CORRECTION
(AC 31139)

Gruendel, Flynn and Pellegrino, Js.

*Argued September 20—officially released October 12, 2010*

Per Curiam. The appeal is dismissed.